UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:11-M-1166

UNITED STATES OF AMERICA )
)
v. ) ORDER
)
YAHEEM SAQUAN JONES )

The Government's motion is hereby granted. The case is dismissed.

1/5/2012
DATE:

ROBERT B. JONES, JR.
UNITED STATES MAGISTRATE JUDGE